

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00549-CV

**VAPRO SUPPLY, LLC,**
Appellant

v.

Matthew **ZINK** and Verena Zink,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI14657
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order is REVERSED, and judgment is RENDERED granting the motion to compel filed by appellant. The cause is REMANDED to the trial court for further proceedings consistent with this court's opinion, including the grant of an appropriate stay. It is ORDERED that appellant Vapro Supply, LLC recover its costs of this appeal from appellees Matthew Zink and Verena Zink.

SIGNED December 12, 2018.

_____
Rebeca C. Martinez, Justice